# IN THE SUPREME COURT OF THE STATE OF NEVADA

VERNELL RAY EVANS,
                      Appellant,

vs.

THE STATE OF NEVADA,
                      Respondent.

No. 71604

**FILED**

JAN 3 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "NRCP Rule 60(B) motion for relief." Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Because no statute or court rule permits an appeal from the aforementioned order in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Elissa F. Cadish, District Judge
      Vernell Ray Evans
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17- 03285